# Order

Michigan Supreme Court
Lansing, Michigan

June 27, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127897(105)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellant,

v

MAURICE LAMONT NYX,
    Defendant-Appellee.
_____

SC: 127897
COA: 248094
Wayne CC: 02-007289-01

On order of the Chief Justice, the motion by defendant-appellee for extension of time for filing his supplemental brief is considered and it is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 27, 2007

Clerk